| | | | | |
|---|---|---|---|---|
| Callahan v. State | 27A02–1606–CR–1504 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Petrarca v. State | 41A05–1702–CR–296 | 06/29/2017 | PYLE, J.<br>MAY, J.<br><br>BROWN, J. | Dismissed<br>Concurs in result<br>Concurs |
| Dorscher v. Stroup | 03A01–1609–DR–2071 | 06/29/2017 | MAY, J.<br><br>BROWN, J.<br>PYLE, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Abbott v. Abbott | 39A01–1610–DR–2508 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Burress v. State | 05A02–1606–CR–1398 | 06/29/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| A.J., In re | 53A01–1701–JC–29 | 06/29/2017 | MATHIAS, J.<br>KIRSCH, J.<br><br><br>ALTICE, J. | Reversed<br>Dissents without opinion<br>Concurs |
| Martin v. State | 75A04–1609–CR–2098 | 06/30/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Jones v. State | 12A02–1606–CR–1502 | 06/30/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Kyles v. State | 02A03–1702–CR–412 | 06/30/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Flippin v. State | 49A02–1701–CR–87 | 06/30/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| N.H., Matter of | 71A05–1702–JT–370 | 06/30/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Gary v. State | 49A02–1701–CR–35 | 06/30/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |